**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JACOB FERGUSON,**

       **Plaintiff,**      **:**

   **v.**

**WARDEN, BELMONT**
**CORRECTIONAL INSTITUTION,**  **:**

      **Defendant.**

**Case No. 2:26-cv-89**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge S. Courter M. Shimeall**

### ORDER

This matter is before the Court on the Order and Report and Recommendation ("OR&R") issued by the Magistrate Judge on March 4, 2026. (ECF No. 8.)  Therein, the Magistrate Judge observed that Petitioner has brought two duplicative cases—namely, the instant case and Case No. 2:25-cv-1426.  (*Id.*)  The Magistrate Judge recommends that the Court dismiss without prejudice Case No. 2:25-cv-1426 and permit Petitioner to proceed with the instant case.  (*Id.*)

The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the OR&R (ECF No. 8).  Case No. 2:25-cv-1426 has been terminated, and Petitioner may proceed with the instant case.

    **IT IS SO ORDERED.**

                  /s/ Sarah D. Morrison
                  **SARAH D. MORRISON, CHIEF JUDGE**
                  **UNITED STATES DISTRICT COURT**